# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2067

_____

JONATHAN HARTLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 2, 2021


PER CURIAM.

The Court dismisses this appeal as untimely filed. If Appellant seeks belated appeal, he must file a proper petition pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

H. Kate Bedell of Bedell & Kuritz, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.